# Court of Appeals
# of the State of Georgia

ATLANTA,___June 17, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13D0389.     DAVID SHANYFELT v. WACHOVIA MORTGAGE CORPORATION.**

On March 11, 2013, the superior court entered an order granting a writ of possession to Wachovia Mortgage Corporation in this dispossessory action. Twenty-one days later, on April 1, 2013, David Shanyfelt filed this application for discretionary appeal, seeking review of that order.[1] We, however, lack jurisdiction.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Because OCGA § 44-7-56 requires a judgment in a dispossessory action to be appealed within seven days of the entry of the final judgment, this application is untimely. Accordingly, it is hereby DISMISSED.

---

[1] Shanyfelt filed his application in the Supreme Court, which transferred the matter here.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 06/17/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*